IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KECIA E. PORTERFIELD                                                    PLAINTIFF

v.                              No. 4:16-CV-00534-JM-JTK

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                          DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to reevaluate Porterfield's RFC with a proper accounting of all of her impairments.

DATED this 25th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**KECIA E. PORTERFIELD**                                            **PLAINTIFF**

v.                                    No. 4:16-CV-00534-JM-JTK

**NANCY A. BERRYHILL,**
Acting Commissioner,
Social Security Administration                                    **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome Kearney and the filed objections. After carefully considering these documents and making a de novo review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to reevaluate Porterfield's RFC with a proper accounting of all of her impairments.

DATED this _____ day of _____, 2017.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**KECIA E. PORTERFIELD**                                                                   **PLAINTIFF**

v.                          No. 4:16-CV-00534-JM-JTK

**NANCY A. BERRYHILL,**
Acting Commissioner,
Social Security Administration                                        **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED.

Judgment is entered in favor of the Plaintiff.

DATED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE